1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    United States of America,          )    06-00174M
                                         )
10              Plaintiff,               )    **ORDER**
                                         )
11   vs.                                 )
                                         )
12                                       )
     Victor Ruiz-Ruiz,                   )
13                                       )
                Defendant.               )
14                                       )
                                         )
15   _____   )

16

17          This Court has received and considered defendant's Notice of Substitution of Counsel

18   (Dkt. #6) which has been executed by defense counsel Gabriel Valdez, Defendant Victor

19   Ruiz-Ruiz and defense counsel Ron Reyna.

20          **IT IS ORDERED granting** Defendant's Notice (Dkt. #6) and ordering withdrawing

21   Gabriel Valdez as counsel for defendant and ordering that Ron Reyna is now listed as the

22   attorney of record for Defendant.

23          DATED this 25th day of April, 2006.

24

25                                        Lawrence O. Anderson
                                          United States Magistrate Judge
26

27

28